| | |
|---|---|
| 1 | John L. Fitzgerald, Esq. (SBN 126613) |
| | jfitzgerald@fmglaw.com |
| 2 | Kacie L. Manisco (SBN 294242) |
| | kmanisco@fmglaw.com |
| 3 | FREEMAN, MATHIS & GARY LLP |
| | 101 California St., 23rd Floor |
| 4 | San Francisco, CA  94111 |
| | Telephone:  415.394.9500 |
| 5 | Facsimile:  415.394.9501 |

Attorneys for Defendant
MP NEXLEVEL, LLC and
MP NEXLEVEL OF CALIFORNIA, INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HERNANDEZ, as an individual, GIOVANNI HERNANDEZ, as an individual, and on behalf of all others similarly situated, | CASE NO.: 3:16-cv-03015-JCS |
| | **STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT [L.R.6-1(a).]** |
| Plaintiffs, | |
| v. | Complaint Filed:   June 3, 2016 |
| MP CALIFORNIA, a California Corporation; MP NEXLEVEL, LLC, a Minnesota Limited Liability Company; MP NEXLEVEL OF CALIFORNIA, INC., a Minnesota Corporation; and DOES 1 to 100, inclusive, | |
| Defendants. | |

1  Pursuant to the United States District Court, Northern District of California Local Rules, Rule 6-1(a), Plaintiffs Jose Hernandez and Giovanni Hernandez ("Plaintiffs") and Defendants MP NEXLEVEL, LLC and MP NEXLEVEL OF CALIFORNIA, INC. ("Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

Pursuant to this Court's Local Rule 6-1(a), the respective attorneys for Plaintiffs and Defendants agree that Defendants will have until and including Friday, August 19, 2016 to respond or otherwise plead to the First Amended Complaint, unless a subsequent order of the Court extends or has the effect of further extending the time for Defendants to respond or otherwise plead to the Complaint. Current Court ordered event dates or deadlines are not affected by this stipulation.

IT IS SO STIPULATED.

Dated: August 3, 2016          FREEMAN MATHIS & GARY, LLP

By: */s/ Kacie Manisco*
    Kacie L. Manisco
    Attorney for Defendants MP
    NEXLEVEL, LLC and MP NEXLEVEL
    OF CALIFORNIA, INC.

Dated: August 3, 2016          SHIMODA LAW CORP.

By: */s/ Justin Rodriguez*
    Justin Rodriguez
    Attorney for Plaintiffs Jose Hernandez and Giovanni Hernandez

Dated: 8/5/16

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]

**SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated:   July  29, 2016             FREEMAN MATHIS & GARY, LLP

By: /s/ _Kacie Manisco_____
Attorney for Defendants MP NEXLEVEL, LLC and MP NEXLEVEL OF CALIFORNIA, INC.